**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
**FILED**

FEB 1 7 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **CRIMINAL NO.** |
| **BRADLEY DAVID FREITAS,** | § | |
| **LOREN ELIZABETH FREITAS,** | § | **H 16      077** |
| aka Loren Cook, | § | |
| **Defendants.** | § | |

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**
**(Conspiracy to Commit Mail and Wire Fraud – 18 U.S.C. § 1349)**

A.    **INTRODUCTION**

At all times material in this indictment:

1.     Orion Real Estate Services, Inc. ("Orion") was full-service, multi-family

residential management company serving a wide variety of investors, ranging from

institutions, private partnerships, foreign investors, individual owners and government

housing organizations.  Orion had over 665 employees and provides management for all

types of multi-family properties, and had a growing portfolio of more than 25,000

apartment homes under management throughout the nation.

2.     Amazon.com ("Amazon") is an electronic commerce and cloud computing

company headquartered in Seattle, Washington.

3.     NewEgg.com ("NewEgg") is an online retailer of computer hardware and

software company based out of City of Industry, California.

4.      CDW.com ("CDW") is interstate online sellers of merchandise and provider of technology services for business, government, and education and is headquartered in Vernon Hills, Illinois.

5.      Ebay.com ("eBay") is an e-commerce company providing consumer to consumer and business to consumer sales services via the internet.  It is an internet auction site to sell and purchase merchandise.

6.      Federal Express ("FedEx") is an interstate shipping carrier.

7.      United States Parcel Service ("UPS") is an interstate shipping carrier.

8.      PayPal Holdings, Inc. ("PayPal") is an American company operating a worldwide online payments system. Online money transfers serve as electronic alternatives to traditional paper methods like checks and money orders. The company operates as an acquirer, performing payment processing for online vendors, auction sites and other commercial users, for which it charges a fee.

9.      **BRADLEY FREITAS** was hired as the Director of the Information Technology ("IT") services for Orion on March 5, 2009**.**

10.     Orion issued company credit cards to **BRADLEY FREITAS** for the express reason of purchasing supplies and equipment for Orion.

11.     **BRADLEY FREITAS'** office was located at 1455 West Loop South #800 in Houston, located in Harris County, Texas.

12.     **LOREN FREITAS** was the spouse of **BRADLEY FREITAS**.

13.     **BRADLEY** and **LOREN FREITAS** resided at 1641 East T.C. Jester Blvd, Apt. 1411 E., in Houston, located in Harris County, Texas from September of 2009 through January of 2011.

14.     **BRADLEY** and **LOREN FREITAS** resided at 14319 Heath Falls Lane in, Cypress located in Harris County, Texas from February of 2011 through January of 2016.

15.     At all times referenced throughout the indictment, **BRADLEY** and **LOREN FREITAS** used computers located in Harris County, Texas to make the unauthorized purchases described below.

16.     At all times referenced throughout the indictment "merchandise" references the unauthorized purchases that **BRADLEY** and **LOREN FREITAS** made using Orion's credit cards.

17.     GL is a customer of **BRADLEY** and **LOREN FREITAS** who resides in New York.

18.     IL is GL's brother and is a customer of **BRADLEY** and **LOREN FREITAS** who resides in New Jersey.

## B.     THE CONSPIRACY

From on or about April 14, 2009 through January 14, 2014, in the Houston Division of the Southern District of Texas and elsewhere, the defendants,

**BRADLEY FREITAS**
**and**
**LOREN FREITAS,**

did knowingly combine and conspire with each other and others known to the grand jury, to commit and to aid and abet the commission of the following offenses against the United States:

> a.     To knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and to knowingly use and cause to be used the United States mail and private and commercial interstate carriers for the purpose of executing the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341; and

3

b.    To knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and to knowingly use and cause to be used interstate wire communications facilities in carrying out the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

**C.    THE PURPOSE OF THE CONSPIRACY**

19.    It was a purpose of the conspiracy that the co-conspirators would and did fraudulently buy merchandise, using Orion's company credit cards in order to enrich themselves.

**D.    THE MANNER AND MEANS OF THE CONSPIRACY**

20.    The manner and means by which the co-conspirators sought to accomplish the objects of the conspiracy included, among other things, the following:

(a)    The co-conspirators would and did ship interstate from online retailers to the co-conspirators' residence, place of employment or directly to other parties.

(b)    The co-conspirators would and did keep the merchandise for their own personal use and ship directly to other persons who would pay them for these items.

(c)    The co-conspirators would and did use Orion company credit cards to buy merchandise to turn a profit from their sale of the merchandise.

(d)    The co-conspirators would and did the sell the items on eBay.

(e)    The co-conspirators would and did receive the purchased merchandise at **BRADLEY FREITAS'** place of employment with Orion, then turn around and ship to other interstate locations using Orion's FedEx accounts.

(f)      The co-conspirators would and did sell merchandise on eBay using the account "momalovespurses83" which was opened and controlled by **LOREN FREITAS.**

(g)      The co-conspirators would and did sell merchandise on eBay using the account "bfreitas24" which was opened and controlled by **BRADLEY FREITAS.**

(h)      **BRADLEY FREITAS** would and did mail merchandise to out of state customers using Orion's FedEx account.

(i)      **LOREN FREITAS** would and did mail merchandise to out of state customers via UPS and FedEx.

(j)      **LOREN FREITAS** would and did use UPS Store #0443 located at 21175 Tomball Pkwy, in Houston, Harris County, Texas to mail merchandise to out of state customers.

(k)      **LOREN FREITAS** would and did use FedEx-Parcel Plus located at 13121 Louetta Road, in Cypress, Harris County, Texas to mail merchandise to out of state customers.

(l)      The co-conspirators would and did purchase the merchandise from online retailers, such as Amazon, NewEgg and CDW, using a computer located in Harris County, Texas.

(m)      The co-conspirators would and did cause the merchandise purchased from Amazon, NewEgg, and CDW to be mailed interstate from online retailers to their homes, offices, and customers.

(n)      The co-conspirators would and did use PayPal to receive interstate payments on the merchandise they sold to out of state purchasers.

(o)     The co-conspirators would and did receive interstate wire transfers from PayPal into their personal bank accounts located in Harris County, Texas.

(p)     **LOREN FREITAS** would and did communicate via email from a computer in Harris County, Texas with **BRADLEY FREITAS** requesting he order personal items on Orion's company credit card.

(q)     **BRADLEY FREITAS** would and did miscode Orion justification documents to mask the unauthorized personal purchases.

(r)     **BRADLEY FREITAS** would and did create a false explanation on internal Orion company justification documents so that the unauthorized purchases were masked as IT related items

(s)     The co-conspirators would and did unlawfully embezzle approximately $1,009,634.45 from Orion.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

21.     In furtherance of the conspiracy, and to effect the objects thereof, the defendants and other persons known and unknown to the grand jury, performed or caused the performance of one or more of the following acts, among others, in the Southern District of Texas and elsewhere:

(1)     On or about April 3, 2009, **BRADLEY FREITAS** purchased a "Sony Vaio VGN RTL 2790" from Newegg in the amount of $1,702.31 on Orion's AMEX card and falsely coded it as a purchase for "hardware."

(2)     On or about April 3, 2009, these items were mailed to **BRADLEY** and **LOREN FREITAS'** home and then later sold on eBay.

(3)    On or about May 20, 2010, **BRADLEY FREITAS** purchased "Polk Audio Car Speakers" from Newegg in the amount of $1,404.63 on Orion's AMEX card and falsely coded this purchase as "Hardware."

(4)    On or about May 20, 2010, these items were mailed to **BRADLEY FREITAS'** office and then later sold on eBay.

(5)    On or about November 15, 2010, **BRADLEY FREITAS** purchased "Netgear, High Performance Mouse, XBOX 360, and Logitech" from Newegg in the amount of $1,279.05 on Orion's AMEX card and falsely coded this purchase as "Hardware."

(6)    On or about November 15, 2010 these items were mailed to **BRADLEY** and **LOREN FREITAS'** home.

(7)    On or about December 7, 2010, **BRADLEY FREITAS** submitted falsely coded Orion justification documents to mask his unauthorized purchases.

(8)    On or about December 9, 2010, **BRADLEY FREITAS** purchased 13 "iPads" from CDW in the amount of $11,522.62 on Orion's AMEX card and falsely coded the items as "Icewarp POP 3 Email Server License."

(9)    On or about December 9, 2010, these items were mailed to **BRADLEY** and **LOREN FREITAS'** home.

(10)    On or about October 7, 2010 through January 19, 2011, **BRADLEY FREITAS** and **LOREN FREITAS** sold 46 "iPads" on eBay for personal profit.

(11)    On or about January 24, 2011, **BRADLEY FREITAS** purchased 5 "iPads w/Wifi" from CDW in the amount of $4,579.16 on Orion's AMEX card and falsely coded the items as "Welocker for Fortnet 2 year Subscription."

(12)     On or about January 24, 2011, these items were mailed to **BRADLEY FREITAS'** office in Houston.

(13)     On or about January 29, 2011, **BRADLEY FREITAS** and **LOREN FREITAS** sold 4 "iPads" on eBay for personal profit.

(14)     On or about May 18, 2011, **BRADLEY FREITAS** purchased a "Gucci Purse and Wallet" from Amazon in the amount of $1,245.00 on Orion's AMEX card and falsely coded the purchase as "Hardware."

(15)     On or about May 18, 2011, these items were mailed to **BRADLEY** and **LOREN FREITAS'** home.

(16)     On or about June 9, 2011, **BRADLEY FREITAS** purchased a "Wood Grain Pool Set" from Amazon in the amount of $1,119.99 on Orion's AMEX card and falsely coded the purchases for a "TV."

(17)     On or about June 9, 2011, these items were mailed to **BRADLEY** and **LOREN FREITAS'** home and then later sold on eBay.

(18)     On or about August 11, 2011, **BRADLEY FREITAS** purchased 5 "iPads" from CDW in the amount of $4,543.17 on Orion's AMEX card and falsely coded the purchase as "Sonic Wall Security Subscription."

(19)     On or about August 16-18, 2011**, BRADLEY FREITAS'** mailed these items to GL in New York using Orion's FedEx account.

(20)     On or about August 26, 2011, **BRADLEY FREITAS** purchased a "Dining Room Buffett Table and Side Chairs" from Amazon in the amount of $1,135.60 on Orion's AMEX card and falsely coded the purchase as "Port Managed Router."

(21)     On or about August 26, 2011, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home.

(22)     On or about September 16, 2011, **BRADLEY FREITAS** purchased "LED Samsung TV w/warranty and a TV Bracket" from Newegg in the amount of $765.82 on Orion's AMEX card and falsely coded the purchase as "Monitors and Wall Mount."

(23)     On or about September 16, 2011, **BRADLEY FREITAS** had these items mailed to a customer in New York.

(24)     On or about December 16, 2011, **BRADLEY FREITAS** purchased 12 "iPads" from CDW in the amount of $10,944.22 on Orion's AMEX card and falsely coded the purchase as "Subscriptions."

(25)     On or about December 16, 2011, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home and then later sold these items on eBay.

(26)     On or about January 31, 2012, **BRADLEY FREITAS** purchased a "Tag Heuer Men's Aqua Racer Watch" from Amazon in the amount of $1,892.98 on Orion's AMEX card and falsely coded the purchase as "Server Back-up Tapes."

(27)     On or about February 1, 2012, these items were mailed to **BRADLEY FREITAS**' office and later sold on eBay.

(28)     On or about February 18, 2012, **BRADLEY FREITAS** purchased an "a Taylormade R11S 2012 Driver Golf Club" from Amazon in the amount of $419.88 on Orion's AMEX and falsely coded his purchase as "Patio Radio."

(29)     On or about February 21, 2012, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home and then later sold on eBay.

(30)     On or about August 12, 2012, **BRADLEY FREITAS** submitted falsely

coded Orion justification documents to mask his unauthorized purchases.

(31)   On or about August 27, 2012 **LOREN FREITAS** sent **BRADLEY FREITAS** an email asking him when he is going to send GL the iPads so they can pay their rent.

(32)   On or about September 11, 2012, **BRADLEY FREITAS** purchased 6 "iPads" from CDW in the amount of $5,493.78 on Orion's AMEX card and falsely coded his purhcase as "Server AV."

(33)   On or about September 11, 2012, these items were mailed to **BRADLEY FREITAS**' office.

(34)   On or about September 14, 2012**, BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx account.

(35)   On or about September 12, 2012, **BRADLEY FREITAS** sent an email to GL giving him the tracking order number for a package in which **LOREN FREITAS** mailed to NewYork via FedEx.

(36)   On or about October 4, 2012, **LOREN FREITAS** sent **BRADLEY FREITAS** an email asking when he was invoicing GL for the merchandise.

(37)   On or about November 29, 2012, **BRADLEY FREITAS** purchased a "Bose Home Entertainment System" from Amazon in the amount of $2,347.62 on Orion's Visa card and falsely coded it as "software."

(38)   On or about November 29, 2012, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home and then later sold on eBay.

(39)    On or about January 9, 2013, **BRADLEY FREITAS** purchased 10 "iPads" from CDW in the amount of $7,241.07 on Orion's AMEX card and falsely coded it as "subscription."

(40)    On or about January 9, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(41)    On or about January 9, 2013**, BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx account.

(42)    On or about February 8, 2013, **BRADLEY FREITAS** submitted falsely coded Orion justification documents to mask his unauthorized purchases.

(43)    On or about March 21, 2013, **BRADLEY FREITAS** purchased a "14' Jumper Trampoline with Ladder" from Amazon in the amount of $824.86 on Orion's Visa card and falsely coded it as "Rock Mount UPS Server Room & Office Supplies."

(44)    On or about March 21, 2013, these items were mailed to **BRADLEY** and **LOREN FREITAS'** home.

(45)    On or about April 1, 2013, **BRADLEY FREITAS** purchased 54 "Up by Jawbones" from Amazon in the amount of $7,596.55 on Orion's AMEX card and falsely coded it as "Adobe Software."

(46)    On or about April 1, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(47)    On or about April 5, 2013, **BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx account.

(48)    On or about May 1, 2013, **BRADLEY FREITAS** purchased 50 "Up by Jawbones" from Amazon in the amount of $6,963.01 on Orion's Visa card and falsely coded it as "Software and Hardware."

(49)    On or about May 1, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(50)    On or about May 3, 2013, **BRADLEY FREITAS** mailed merchandise to GL in New York on Orion's FedEx account.

(51)    On or about June 8, 2013, **BRADLEY FREITAS** submitted falsely coded Orion justification documents to mask his unauthorized purchases.

(52)    On or about July 5, 2013, **BRADLEY FREITAS** purchased 50 "Jawbones" on Amazon in the amount of $7,091.11 on Orion's Visa card and falsely coded his purchase as "Adobe Acrobat 11 and Surface Tablets."

(53)    On or about July 5, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(54)    On or about July 8, 2013, **BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx.

(55)    On or about July 9, 2013, **BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx.

(56)    On or about July 11, 2013, **BRADLEY FREITAS** mailed merchandise to GL in New York using Orion's FedEx.

(57)    On or about July 12, 2013, **LOREN FREITAS** mailed merchandise to GL in New York via UPS.

(58)    On or about August 1, 2013, **BRADLEY FREITAS** purchased 15 "Nike Fuel Bands" from Amazon in the amount of $2,868.24 on Orion's AMEX card and falsely coded his purchase as "Remote Login License" for various Orion properties.

(59)    On or about August 1, 2013, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home.

(60)    On or about July 31 - August 1, 2013, **BRADLEY FREITAS** purchased 40 "Jawbone Wristbands" and 10 "Apple Magic Mouse" from Amazon in the amount of $6,469.87 on Orion's Visa card and falsely coded his purchase as "Blue Coat Packet Sharper."

(61)    On or about August 1, 2013, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home.

(62)    On or about August 1, 2013, **BRADLEY FREITAS** mailed these items to GL in New York.

(63)    On or about August 6, 2013, GL sent **BRADLEY FREITAS** an email confirming the receipt of 61 "Jawbones."

(64)    On or about August 6, 2013, **BRADLEY FREITAS** sent GL an email discussing the purchases of "phones" and "Go-pros".

(65)    On or about August 8, 2013 **LOREN FREITAS** mailed a package containing merchandise to GL in New York via UPS.

(66)    On or about August 11–12, 2013, GL sent **BRADLEY FREITAS** an email discussing past and future purchases, including, but not limited to, "iPhones", "iPads", "Nike Fuels" and "Jawbones."

(67)   On or about August 12, 2013 **BRADLEY FREITAS** sent GL an email telling GL he is getting GL 22 "Nikes" along with "Minis" and "Jawbones" and will have them sent to IL's house within the week.

(68)   On or about August 14, 2013, **LOREN FREITAS** mailed packages containing the unauthorized merchandise from Houston to IL in New Jersey via UPS.

(69)   On or about August 21, 2013, **BRADLEY FREITAS** purchased 15 "Nike Fuel Bands" and 3 "Apple iPad Minis" from Amazon in the amount of $2,789.27 on Orion's AMEX and falsely coded the purchase as "Cabinet UPS 1200 & Hardware."

(70)   On or about August 21 and 22, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(71)   On or about August 28, 2013, **BRADLEY FREITAS** sent **LOREN FREITAS** an email confirming an upcoming purchase of merchandise for GL.

(72)   On or about September 4, 2013, **BRADLEY FREITAS** purchased 17 "iPads" on Amazon in the amount of $5,886.86 on Orion's AMEX and falsely coded the purchase as "Server Software Network Security."

(73)   On or about September 4, 2013, these items were mailed to **BRADLEY FREITAS'** office.

(74)   On or about September 18, 2013, **LOREN FREITAS** mailed merchandise to GL in New York via FEDEX.

(75)   On or about September 19, 2013, **BRADLEY FREITAS** purchased 20 "Jawbone Wristbands," and 6 "Samsung Phones" from Amazon in the amount of $9,516.19 on Orion's Mastercard and falsely coded his purchase as "Tablets for Due Diligence."

(76)     On or about September 19, 2013, **BRADLEY FREITAS** had these items mailed to GL in New York.

(77)     On or about January 10, 2014, **BRADLEY FREITAS** purchased 2 "JL Audio Mono Block Subwoofers" from Amazon in the amount of $1,759.98 on Orion's Visa card and falsely coded his purchase as "Mega Grade Sata Controller."

(78)     On or about January 10, 2014, these items were mailed to **BRADLEY** and **LOREN FREITAS**' home and later sold on eBay.

### COUNTS TWO - TWELVE
### (Mail Fraud - 18 U.S.C. §§ 1341 and 2)

15.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the Introduction contained in paragraphs 1-18 of Count One of the Indictment.

### A.     THE SCHEME TO DEFRAUD

16.     From on or about April 14, 2009, and continuing to on or about January 14, 2014, in the Houston Division of the Southern District of Texas and elsewhere, the defendants,

**BRADLEY FREITAS**
and

**LOREN FREITAS,**

did knowingly devise and intend to devise, and did aid and abet one another in the commission of, a scheme and artifice to defraud to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and did knowingly use and cause to be used the United States mail and private and commercial interstate carriers for the purpose of executing the scheme and artifice to defraud, in violation of Title 18,

15

United States Code, Section 1341 and 2.

**B.      THE MANNER AND MEANS OF THE SCHEME**

17.      The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the Manner and Means contained in paragraph 20 of Count One of the Indictment.

**C.      THE EXECUTION OF THE SCHEME**

18.      On or about the dates set forth below, for the purpose of executing the aforementioned scheme to defraud and intending to do so, the defendants did intentionally and knowingly cause and attempt to cause to be delivered, through the mail by private commercial interstate carriers, to the Southern District of Texas, the following matters:

| Count | Date items purchased and mailed | Purchase Amount | False Description in Orion Records | Mailing |
|---|---|---|---|---|
| 2 | 11/23/10 | $3,671.64 | Computers | Four iPads mailed to 1641 E. TC Jester #1411 in Houston, Texas from CDW. |
| 3 | 12/7/10 | $7,795.86 | Hardware | iPod Nanos, Madden NFL PSP, MP3/MP4 players, and a Cannon Camera mailed to 1641 E. TC Jester #411 in Houston, Texas from Newegg. |
| 4 | 2/22/2011 | $2,337.62 | Subscriptions | Home Entertainment System mailed to 14319 Heath Falls Lane in Cypress, Texas from Amazon. |
| 5 | 8/16/11 | $1,689.98 | ATC power supply | Two unlocked iPhones mailed to 14319 Heath Falls Lane in Cypress, Texas from Amazon. |
| 6 | 1/31/2012 | $1,892.98 | Server back-up tapes | Tag Heuer Men's Aqua Racer Watch mailed to 1455 W. Loop #800 South, in Houston, Texas from Amazon. |
| 7 | 9/11/12 | $5,493.78 | Server AV's | 6 iPads mailed to 1455 West Loop South # 800 in Houston, Texas and 14319 Heath Falls Lane in Cypress, Texas from CDW then mailed to New York. |
| 8 | 7/11/13 | $1,670.67 | Aruba 620 Rack Controller | 1 Macbook shipped to 14319 Heath Falls Lane in Cypress, Texas from Amazon. |
| 9 | 7/26/13 | $4,396.63 | Traffic Manager | 10 Jawbone wristbands and two Go Hero Pro 3 cameras shipped to 1455 West Loop South #800 in Houston, Texas from Amazon. |
| 10 | 9/4/13 | $5,886.86 | Server Software Network Security | Seventeen iPads shipped to 1455 West Loop South #800 in Houston, Texas from Amazon. |
| | | | | |

| 11 | 12/12/13 | $1,276.72 | Microsoft MBL SQL UCAL 2013 | Two XBOX ONE shipped to 1455 West Loop South #800 in Houston, Texas from Amazon. |
| 12 | 1/14/14 | $699.15 | Adobe Acrobat Professional Extended | Cole Haan Men's shoes & Bruno Magli Men's shoes shipped to 14319 Heath Falls Lane in Cypress Texas from Amazon. |

All in violation of Title 18, United States Code, Section 1341 and 2.

**COUNTS THIRTEEN - TWENTY-THREE**
**(Wire Fraud - 18 U.S.C. §§ 1343 and 2)**

24.     The Grand Jury re-alleges and incorporates by reference, as though fully set forth herein, the Introduction contained in paragraphs 1 - 18 of Count One of the Indictment.

## A.     THE SCHEME TO DEFRAUD

25.     From on or about April 14, 2009, and continuing to on or about January 14, 2014 in the Houston Division of the Southern District of Texas and elsewhere, the defendants,

**BRADLEY FREITAS**
**and**
**LOREN FREITAS**

did knowingly devise and intend to devise a scheme and artifice to defraud, and did aid and abet on another in the commission of, a scheme and artifice to defraud to obtain money and property by means of false and fraudulent pretenses, representations, and promises and did knowingly use and cause to be used interstate wire communications facilities in carrying out the scheme to defraud, in violation of Title 18, United States Code, Section 1343 and 2.

## B.     THE MANNER AND MEANS OF THE SCHEME

26.     The Grand Jury re-alleges and incorporates by reference, as though fully

18

set forth herein, the Manner and Means contained in paragraph 20 of Count One of the Indictment.

## C.     THE EXECUTION OF THE SCHEME

27.     On or about the dates set forth below, for the purpose of executing the aforementioned scheme to defraud and intending to do so, the defendants did transmit and cause to be transmitted in interstate and foreign commerce certain writings, signals and sounds, that is, the defendants used Orion's AMEX credit card to make purchases in the following amounts in which caused an electronic signal to travel across state lines from a computer located in the Southern District of Texas to a computer in Arizona, California, Minneapolis, Washington, and/or Utah:

| Count | Date | Purchase Amount | False Description in Orion Records | Actual Purchase |
|---|---|---|---|---|
| **14** | 12/29/10 | $6,358.84 | September End-Point 12.0 license | Seven iPads purchased from CDW. |
| **15** | 5/18/11 | $1,245.00 | Hardware | Gucci purse and wallet purchased from Amazon. |
| **16** | 7/13/11 | $4,587.82 | Office supplies | Canon camera and lens purchased from Amazon. |
| **17** | 8/26/11 | $1,135.60 | Port managed router | Dining room table and chairs purchased from Amazon. |
| **18** | 9/16/11 | $3,619.71 | WD Driver | Audio subwoofers for car and speaker kit purchased from Amazon. |
| **19** | 2/27/12 | $8,513.01 | 2012 Norton Security Software | 9 iPads purchased from CDW. |
| **20** | 9/26/12 | $1,293.59 | Monitors | Oakley's men's titanium watch purchased from Amazon. |
| **21** | 1/9/13 | $7,241.07 | Subscription | Ten iPads purchased from CDW. |

22

| 22 | 4/1/13 | $7,596.55 | Adobe Software | Fifty-four Up Jawbones purchased from Amazon. |
|----|--------|-----------|----------------|-----------------------------------------------|
| 23 | 1/13/14 | $4,866.68 | No explanation | Twenty-five Up Jawbones and three Bose Bluetooth speakers purchased from Amazon. |

All in violation of Title 18, United States Code, Section 1343 and 2.

**NOTICE OF CRIMINAL FORFEITURE**
28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

28.     Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the Defendants,

**BRADLEY FREITAS**
**and**
**LOREN FREITAS,**

that in the event of conviction for Conspiracy as charged in Count One of the Indictment, Mail Fraud as charged in Counts Two through Twelve, or Wire Fraud as charged in Counts Thirteen through Twenty-three, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses. The property subject to forfeiture includes, but is not limited to, the following property: approximately $1,009,000.00 United States dollars.

**Money Judgment**

29.     Defendants are notified that upon conviction, a monetary judgment may be imposed equal to the total value of the property subject to forfeiture, for which the Defendants may be jointly and severally liable.  That amount is estimated to be, but is not limited to, approximately $1,009,000.00 United States dollars.

**Substitute Assets**

30.     Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of defendants,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the total value of such property pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461(c).


A TRUE BILL:


Original Signature on File

FOREPERSON OF THE GRAN JURY


KENNETH MAGIDSON
United States Attorney

By:

Suzanne Elmilady
Assistant United States Attorney
(713) 567-9000